```
           IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:08CR3038 |
| | ) | |
| v. | ) | |
| | ) | |
| YESENIA MILLAN GONZALEZ, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |

A Motion for Leave to Withdraw has been filed by the defendant's appointed counsel, Michael J. Tasset. Filing 29. The defendant has retained James H. Hoppe as counsel, and Mr. Hoppe has filed an entry of appearance. Filing 26.

IT IS ORDERED:

1. The motion of counsel for defendant, Michael J. Tasset, to withdraw, filing 29, is granted.

2. Defendant's retained counsel, James H. Hoppe, shall serve defendant with a copy of this order.

DATED this 7th day of April, 2008.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge